UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF IDAHO

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>     Plaintiff,<br><br>v.<br><br>AMBER JO BASYE,<br><br>     Defendant. | Case No. 4:25-cr-00166-DCN<br><br>**MEMORANDUM DECISION AND ORDER** |

## I. INTRODUCTION

Before the Court is Defendant Amber Basye's Motion to Compel. Dkt. 25. Basye moves the Court for an order compelling the Government to turn over medical records related to the victim in this case. *See generally id*. The Government opposes the Motion. Dkt. Upon review, and for the reasons set forth below, the Court DENIES the Motion.

## II. BACKGROUND

A federal grand jury indicted Basye for one count of Distribution of Fentanyl Resulting in Death. Dkt. 2.

The decedent, T.P., died on January 24, 2025. He received prescribed methadone treatment from Raise the Bottom (a substance abuse treatment facility in Pocatello) prior to his death. The Bannock County Coroner later determined T.P died due to mixed drug intoxication, specifically methadone and fentanyl.

Basye now seeks medical records from Raise the Bottom and Bannock County— via the Government.

MEMORANDUM DECISION AND ORDER - 1

### III. DISCUSSION

In response to Basye's Motion, the Government explains the medical records she seeks are not within its possession, custody, or control. Dkt. 29, at 3–4. It has, however, committed to try and obtain the materials via subpoena.

If the Government's efforts are unsuccessful and Basye still seeks this information, she may move the Court for a third-party subpoena under Federal Rule of Criminal Procedure 17. However, because the sought-after records relate to a victim, Basye will need to follow the procedures outlined in subsection (c)(3).[1]

Until then, because the records are not within the Government's control, the Motion to Compel is DENIED.

### IV. ORDER

The Court **HEREBY ORDERS**:

1.  Basye's Motion to Compel (Dkt. 25) is DENIED.

DATED: May 15, 2026

David C. Nye
U.S. District Court Judge

---

[1] The Court has provided guidance on this procedure in the past and encourages Basye to consult that guidance if she chooses to pursue these items. *See United States v. Bendawald*, 2025 WL 711725 (D. Idaho Mar. 4, 2025).

MEMORANDUM DECISION AND ORDER - 2